# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A COMPLAINT AND ARREST WARRANT

I, Special Agent Jacob Berrick, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and, Explosives ("ATF"), and have been since 2008. I am currently assigned to the Bridgewater, Massachusetts, ATF Field Office which is involved in investigating various facets of ATF's enforcement programs to include illegal firearm possession and firearms trafficking. As a Special Agent for the ATF, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia and Special Agent Basic Training for the ATF. I am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Prior to my employment with ATF, I graduated from John Jay College of Criminal Justice and obtained a bachelor's degree (Criminal Justice – Police and the Community) and a master's degree (Criminal Justice – Investigative Techniques). I have received advanced training pertaining to determining the interstate nexus of firearms and ammunition and I have previously testified in federal court as an expert witness for the identification, classification and manufacture of firearms and ammunition.

2. Based on the facts set forth in this affidavit, there is probable cause to believe that **Richard PHILIPPE** (born 1979) has committed a violation of 18 U.S.C. § 922(g)(1) (the possession of ammunition by a convicted felon).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not set forth all of my knowledge about this matter. Furthermore, this affidavit references and/or summarizes certain interactions and records, but does not purport to fully describe the contents of those interactions or records.

## PROBABLE CAUSE

4. ATF agents obtained information that an individual ("PERSON 1") had purchased more than 151 handguns between November 2017 and June 2019 from a Federal Firearms Licensee ("FFL") in Georgia. PERSON 1 was not an FFL and was not permitted to engage in the dealing of firearms. ATF agents further obtained information that PERSON 1 had been selling all of the guns that he or she had purchased in Georgia since approximately April 2019 to PHILIPPE, who in turn transported these handguns back to Massachusetts to sell. A check of records reported to ATF showed that PERSON 1 purchased more than 100 firearms between April 2019 and June 2019.

5. PHILIPPE was not an FFL and was not permitted to engage in the dealing of firearms. Furthermore, PHILIPPE has a prior conviction for a felony firearm offense and, as a felon, is prohibited from possessing a firearm or ammunition.[1]

6. ATF agents also learned that TYRELL HAMPTON had purchased multiple handguns from PHILIPPE. HAMPTON, a Massachusetts resident, was not an FFL and was not permitted to engage in the dealing of firearms. Furthermore, HAMPTON had numerous

---

[1] PHILIPPE was convicted in Superior Court in Rhode Island for Carrying a Pistol Without a License (§ 11-47-8(a)) and was sentenced to 10 years, with 144 days to serve and the balance (3,506 days) suspended. *See* Case W2-2003-0445A. According to the criminal judgment, the defendant appeared in person and was sentenced on July 30, 2004.

convictions for drug trafficking offenses and, as a felon, is prohibited from possessing a firearm or ammunition.

7. ATF agents obtained information that PHILIPPE maintained space at a warehouse at 30 Sherwood Drive Taunton, Massachusetts, and that PHILIPPE had been storing and selling guns and ammunition from this warehouse.

8. On July 5, 2019 ATF agents executed a federal search warrant at PHILIPPE's space within the warehouse at 30 Sherwood Drive Taunton, Massachusetts. PHILIPPE was present in the warehouse when agents entered.

9. Agents located evidence in the warehouse including but not limited to 144 rounds of ammunition. Nineteen loose rounds of .45 AUTO Caliber ammunition were found inside of a computer-type bag that also contained a North Carolina State Police citation that had been written to PHILIPPE. Agents also located certain firearm accessories and empty firearm boxes. The firearm boxes contained labels with serial numbers and other information regarding their original contents; three boxes listed serial numbers that corresponded to firearms that had been purchased by PERSON 1 in Georgia.

10. I examined the 19 loose rounds of ammunition (.45 AUTO caliber) recovered from inside the computer-type bag and determined that the ammunition and/or its components had been manufactured outside the Commonwealth of Massachusetts.

11. On this same day, PHILIPPE was read his Miranda rights and elected to sign a waiver and speak with agents. PHILIPPE indicated that he had ammunition in the warehouse and offered to show agents the location of the ammunition. PHILIPPE described and identified a computer-type bag as one of the places where he kept and stored ammunition from trips to Georgia to obtain firearms.

12. PHILIPPE told agents that he had left over ammunition from boxes of ammunition in the warehouse and that he has sold ammunition for $1 per bullet. PHILIPPE also stated that he sold boxes of bullets along with firearms. PHILIPPE stated "I have shells in my bag," which he clarified meant ammunition, and offered to show agents where it was in the warehouse. PHILIPPE showed agents the computer-type bag and indicated that ammunition was inside the bag.

13. Based on the foregoing, I submit that there is probable cause to believe that, on and before July 5, 2019, Richard PHILIPPE, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did possess, in and affecting interstate commerce, assorted ammunition in violation of 18 U.S.C. § 922(g) (the possession of a firearm and/or ammunition by a convicted felon).

Signed under the pains and penalties of perjury.

Respectfully submitted,

_____
Jacob Berrick, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me this 25 day of July, 2019.

_____
HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS